UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:09-cr-22 |
| v. ) | |
| ) | MATTICE / LEE |
| MARIA RAMIREZ-MENDOZA ) | |
| ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw her not guilty plea to Counts One, Two and Three of the three-count Superseding Indictment (2) accept Defendant's plea of guilty to Counts One, Two and Three of the Superseding Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts One, Two and Three of the Superseding Indictment; and (4) Defendant has been released on bond under appropriate conditions of release pending sentencing in this matter without objection [Doc. 29]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 29] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw her not guilty plea to Counts One, Two and Three of the Superseding Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Counts One, Two and Three of the Superseding

Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One, Two and Three of the Superseding Indictment;

(4) Defendant **SHALL REMAIN** on bond under appropriate conditions of release pending sentencing in this matter without objection which is scheduled to take place on **Monday, March 22, 2010 at 9:00 a.m.** [EASTERN] before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

                                              */s/Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                              UNITED STATES DISTRICT JUDGE

2

Case 4:09-cr-00022-HSM-SKL   Document 30   Filed 01/15/10   Page 2 of 2   PageID #: 60